

Littler Mendelson P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747


Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

May 7, 2021

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: May 10, 2021

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204

Re:   Blough v. Dr. Richard Izquierdo Health and Science Charter School, et al
      <u>Docket No. 21 cv 02025 (PGG)</u>

Dear Judge Gardephe:

We represent all Defendants in the above-referenced action.  We write to respectfully request an extension of time for Defendant Dr. Richard Izquierdo Health and Science Charter School to respond to the Complaint from May 10, 2021 to June 21, 2021.  Plaintiff's counsel consents to this request, and this is the first request for an extension of time in this matter.

The extension of time is necessary so that we may investigate the allegations and engage in settlement discussions with Plaintiff.  This extension will also correspond with Defendant Richard Burke's time to respond to the Complaint, which is presently due on June 21st per the waiver of service file at ECF Dkt. No. 9.  This extension will not affect any Court imposed deadlines and will allow the Defendants to respond to the Complaint before the initial pre-trial conference presently scheduled for June 25, 2021.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Littler Mendelson P.C.

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:   All attorneys of record (via ECF)

4850-2152-2408.2 / 090928-1001

littler.com