UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILLIAN BLOUGH,

                Plaintiff,

- against -

DR. RICHARD IZQUIERDO HEALTH AND
SCIENCE CHARTER SCHOOL, and
RICHARD BURKE,

                Defendants.

**ORDER**

21 Civ. 2025 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's initial pretrial conference, the parties will engage in settlement discussions over the next thirty days during which time this case will be stayed. By **July 26, 2021,** the parties will submit a joint letter concerning the status of settlement negotiations. If the parties have not settled by that time, this Court will enter the parties' proposed case management plan, save the dates will be adjusted to account for the 30-day settlement discussion period.

Dated: New York, New York
       June 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge