UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILLIAN BLOUGH,

                Plaintiff,

- against -

DR. RICHARD IZQUIERDO HEALTH AND
SCIENCE CHARTER SCHOOL and
RICHARD BURKE,

                Defendants.

**ORDER**

21 Civ. 2025 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, if Plaintiff chooses to file an amended complaint, she will do so by **March 7, 2022**.

        If no amended complaint is filed by March 7, 2022, the following dates will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **March 17, 2022**;

2. Plaintiff's opposition is due on **March 28, 2022**;

3. Defendants' reply, if any, is due on **April 4, 2022**.[1]

        If an amended complaint is filed and Defendants wish to move as to the amended complaint, Defendants will submit a letter by **March 14, 2022**, proposing a briefing schedule that has been discussed with Plaintiff's counsel.

Dated: New York, New York
       February 24, 2022

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge

---

[1] The parties will file any submissions in accordance with Rule IV(C) of the Court's Individual Rules of Practice.