**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JILLIAN BLOUGH,

                    Plaintiff,
    -against-                                                21 **CIVIL** 2025 (PGG)(BCM)

                                                           **JUDGMENT**

DR. RICHARD IZQUEIRDO HEALTH AND
SCIENCE CHARTER SCHOOL and
RICHARD BURKE,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2023, the R&R is adopted and Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                           **BY:**        *K. Mango*

                                                                       **Deputy Clerk**